IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT F. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV655 |
| | ) | |
| V. | ) | |
| | ) | |
| IMMANUEL MEDICAL CENTER, et al, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

The defendant, Alegent Health-Immanuel Medical Center, Inc. ("Alegent") has moved the court for an order permitting the defendants to depose the plaintiff at the Douglas County Correctional Center, 710 So 17th Street, Omaha, NE 68102 on August 24, 2007. The plaintiff has not been previously deposed, and the deposition deadline has not passed. Accordingly, but for the fact that the plaintiff is incarcerated, the defendants are entitled to depose the plaintiff within this jurisdiction upon notice of deposition and without a prior court order. However, the correctional facility must have a court order before it will reserve a location for taking the plaintiff's deposition.

THEREFORE, IT IS ORDERED:

1. Alegent Health-Immanuel Medical Center, Inc.'s motion for leave to take the deposition of the plaintiff, Robert F. Baker, filing 63, is granted.

2. The deposition of plaintiff Robert F. Baker, who is currently incarcerated at 1385914 CJ- DOUGLAS, Douglas County Correctional Center, 710 So 17th Street, Omaha, NE 68102, will be taken on August 24, 2007 beginning at 8:30 a.m. Counsel for all the defendants shall be permitted to depose the plaintiff at this date and time, and at a location within the Douglas County Correctional Center as designated by that institution.

3. The Clerk of Court shall send a copy of this Order to the plaintiff at his last known address.

DATED this 20th day of August, 2007.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge