IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT F. BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV655 |
| | ) | |
| v. | ) | |
| | ) | |
| IMMANUEL MEDICAL CENTER, | ) | **MEMORANDUM** |
| T. D. GENSLER, M.D., and | ) | **AND ORDER** |
| CORRECTIONAL MEDICAL | ) | |
| SERVICES, at the Douglas County | ) | |
| Jail, | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the court are Defendants' Motions for Summary Judgment. (Filing Nos. 84 and 94.) It is the present intention of the court to grant Defendants' motions for summary judgment as to all of Plaintiff's claims.

IT IS THEREFORE ORDERED that:

1. The pretrial conference in this matter, currently set to take place on January 14, 2008 at 9:00 a.m., shall be continued until further order of the court.

2. The court's memorandum, order, and judgment granting Defendants' motions for summary judgment shall be issued within 30 days of the date of this order.

3. The Clerk of the court is directed to provide a copy of this memorandum and order to Magistrate Judge Piester.

Dated January 8, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge